| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ■ Chapter 13 <br><br> ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                        12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Donald** <br> First name <br><br> **G.** <br> Middle name <br><br> **Shearer** <br> Last name and Suffix (Sr., Jr., II, III) | **Angela** <br> First name <br><br> **C.** <br> Middle name <br><br> **Shearer** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years <br><br> Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-5938 | xxx-xx-2854 |

Debtor 1 **Donald G. Shearer**
Debtor 2 **Angela C. Shearer**

Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**2190 Maderno St.**
**Henderson, NV 89044**
Number, Street, City, State & ZIP Code

**Clark**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Donald G. Shearer**
Debtor 2  **Angela C. Shearer**                                                                                 Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
☒ Yes.

| | District | When | Case number |
|---|---|---|---|
| | Las Vegas, NV | 11/11/10 | 10-31428 |
| | District | When | Case number |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

☒ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Donald G. Shearer**
Debtor 2  **Angela C. Shearer**                                                                 Case number *(if known)*

---

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any
_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code
_____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No.

☐ Yes.

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

---

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 4

Debtor 1   **Donald G. Shearer**
Debtor 2   **Angela C. Shearer**                                                                                   Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | |
|---|---|
| Debtor 1 | **Donald G. Shearer** |
| Debtor 2 | **Angela C. Shearer** |

Case number *(if known)* _____

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Donald G. Shearer | /s/ Angela C. Shearer |
|---|---|
| **Donald G. Shearer** | **Angela C. Shearer** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **January 18, 2018** | Executed on **January 18, 2018** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1 **Donald G. Shearer**
Debtor 2 **Angela C. Shearer**                  Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ George Haines, Esq.**        Date    **January 18, 2018**
Signature of Attorney for Debtor                            MM / DD / YYYY

**George Haines, Esq.**
Printed name

**HAINES & KRIEGER, LLC**
Firm name

**8985 S. Eastern Avenue**
**Suite 350**
**Henderson, NV 89123**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 880-5554**        Email address    **info@hainesandkrieger.com**

**9411 NV**
Bar number & State

Official Form 101              **Voluntary Petition for Individuals Filing for Bankruptcy**            page 7

```
Donald G. Shearer
Angela C. Shearer
2190 Maderno St.
Henderson, NV 89044

George Haines, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123

Account Receivable Tech
PO Box 55 3 Skiles Ave
Piscataway, NJ 08855

Alltran Financial (WebBank)
PO Box 610
Sauk Rapids, MN 56379

Ally Financial
Acct No xxxxxxxx9676
200 Renaissance Ctr
Detroit, MI 48243

Avant
Acct No xxx3733
222 N. Lasalle Suite 170
Chicago, IL 60601

Avant
Acct No xx6182
222 N. Lasalle Suite 170
Chicago, IL 60601

Barclays Bank Delaware
Acct No xxxxxxxxxx5564
Po Box 8803
Wilmington, DE 19899

Barclays Bank Delaware
Acct No xxxxxxxxxx6733
Po Box 8803
Wilmington, DE 19899

Bk Of Amer
Acct No xxxxxxxxxxx4466
Po Box 982238
El Paso, TX 79998

Bmw Financial Services
Acct No xxxxxx0413
5515 Parkcenter Cir
Dublin, OH 43017
```

```
Bmw Financial Services
Acct No xxxxxx4408
5515 Parkcenter Cir
Dublin, OH 43017

Capital One
Acct No xxxxxxxxxxxx2028
15000 Capital One Dr
Richmond, VA 23238

Capital One
Acct No xxxxxxxxxxxx9949
15000 Capital One Dr
Richmond, VA 23238

Capital One
Acct No xxxxxxxxxxxx3488
15000 Capital One Dr
Richmond, VA 23238

Capital One
Acct No xxxxxxxxxxxx5152
15000 Capital One Dr
Richmond, VA 23238

Cavalry Collections
PO Box 520
Valhalla, NY 10595

Cavalry Portfolio Serv
Acct No xxxx9983
Po Box 27288
Tempe, AZ 85285

Ccs/first National Ban
Acct No xxxxxxxxxxxx1843
500 East 60th St North
Sioux Falls, SD 57104

City of Henderson-T-18
PO Box 52767
Phoenix, AZ 85072

CKS Financial
PO Box 2856
Chesapeake, VA 23327

Comenity Bank/pttrybrn
Acct No xxxxxxxxxxxx3547
Po Box 182789
Columbus, OH 43218
```

Comenitybk/westelm
Acct No xxxxxxxxxxxx2669
Po Box 182789
Columbus, OH 43218

Credit One Bank Na
Acct No xxxxxxxxxxxx9129
Po Box 98872
Las Vegas, NV 89193

Credit One Bank Na
Acct No xxxxxxxxxxxx9231
Po Box 98872
Las Vegas, NV 89193

Credit One Bank Na
Acct No xxxxxxxxxxxx6870
Po Box 98872
Las Vegas, NV 89193

Family Doctors of Green Valley
291 N Pecos Rd
Henderson, NV 89074

First National Credit Card
PO Box 2496
Omaha, NE 68103

First Premier Bank
Acct No xxxxxxxxxxxx1267
601 S Minnesota Ave
Sioux Falls, SD 57104

First Premier Bank
Acct No xxxxxxxxxxxx8644
601 S Minnesota Ave
Sioux Falls, SD 57104

Fsb Blaze
Acct No xxxxxxxxxxxx1416
500 E. 60th Street
Sioux Falls, SD 57104

Fsb Blaze
Acct No xxxxxxxxxxxx7937
500 E. 60th Street
Sioux Falls, SD 57104

G M A C
Acct No xxxxxxxx7851
5400 Gateway Ctr
Flint, MI 48507

```
G M A C
Acct No xxxxxxxx1619
15303 S 94th Ave
Orland Park, IL 60462

Gm Financial
Acct No xxxxxx0517
Po Box 181145
Arlington, TX 76096

Gm Financial
Acct No xxxxxx0698
Po Box 181145
Arlington, TX 76096

Gm Financial
Acct No xxxxxx4510
Po Box 181145
Arlington, TX 76096

IRS
PO Box 7346
Insolvency
Philadelphia, PA 19101-7346

JMK Landscaping
PO Box 90285
Henderson, NV 89009

LabCorp
PO Box 2240
Burlington, NC 27216

LCA Collections
PO Box 2240
Burlington, NC 27216

Leach Johnson Song & Gruchow
8945 W Russell Rd
Suite 330
Las Vegas, NV 89148

Lending Club Corp
Acct No xxxx1409
71 Stevenson
San Francisco, CA 94105

MCM ( Credit One Bank)
2365 Northside Dr
Suite 300
San Diego, CA 92108
```

Merrick Bank Corp
Acct No xxxxxxxxxxxx1092
Pob 9201
Old Bethpage, NY 11804

Northland Group
PO Box 390846
Minneapolis, MN 55439

Patenaude & Felix
7271 W Charleston Blvd
Las Vegas, NV 89117

PayPal Credit
PO Box 105658
Atlanta, GA 30348

Portfolio Recovery
PO Box 965033,
Orlando, FL 32896

Pottery Barn
PO Box 659705
San Antonio, TX 78265

Prosper Marketplace In
Acct No xx0484
101 2nd St Fl 15
San Francisco, CA 94105

Quest Diagnostics
PO Box 740351
Cincinnati, OH 45274

Rausch Sturm Israel Enerson &
8691 W Sahara Ave
Suite 210
Las Vegas, NV 89117

Rc Willey Home Furn
Acct No xxxxxx9795
2301 S 300 W
Salt Lake City, UT 84115

RGS Financial
PO Box 852039
Richardson, TX 75085

Securitynatl Mort
Acct No xxxxxxxx2186
5300 S 360 W
Salt Lake City, UT 84123

Springleaf Financial S
Acct No xxxxxxxxxxxx0924
4421 S Scatterfield Rd
Anderson, IN 46013

Steinberg Diagnostic
PO Box 36900
Las Vegas, NV 89133

Syncb/care Credit
Acct No xxxxxxxxxxxx0779
950 Forrer Blvd
Kettering, OH 45420

Syncb/home Design Sele
Acct No xxxxxxxxxxxx0783
C/o Po Box 965036
Orlando, FL 32896

Syncb/lowes
Acct No xxxxxxxxxxxx3165
Po Box 956005
Orlando, FL 32896

Syncb/lowes
Acct No xxxxxxxxxxxx2480
Po Box 956005
Orlando, FL 32896

Syncb/lowes
Acct No xxxxxxxxxxxx3486
Po Box 956005
Orlando, FL 32896

Syncb/mohawk Floorscap
Acct No xxxxxxxxxxxx4330
C/o Po Box 965036
Orlando, FL 32896

Syncb/paypal Smart Con
Acct No xxxxxxxxxxxx4125
Po Box 965005
Orlando, FL 32896

Syncb/walmart
Acct No xxxxxxxxxxxx2529
Po Box 965024
Orlando, FL 32896

Syncb/walmart
Acct No xxxxxxxxxxxx8886
Po Box 965024
Orlando, FL 32896

```
Target/td
Acct No xxxxx5602
Po Box 673
Minneapolis, MN 55440

Td Auto Fin
Acct No xxxxxx5339
Po Box 9223
Farmington Hills, MI 48333

Td Bank Usa/targetcred
Acct No xxxxxxxxxxxx0145
Po Box 673
Minneapolis, MN 55440

Tempur Pedic
Acct No xxxxxxxxxxx2094
Cscl Dispute Team N8235-04m
Des Moines, IA 50306

Walmart
PO Box 530927
Atlanta, GA 30353
```